# SUPPLEMENTAL CIVIL COVER SHEET ATTACHMENT – PAGE 3

1. **Style of Case:**

| Party | Party Type | Attorney(s) |
|---|---|---|
| Tiffany Franco | Plaintiff | Robert T. Mills (018853) |
| | | Sean A. Woods (028930 |
| | | Scott Griffiths (028906) |
| | | Elisabeth Small (035830) |
| | | Mills + Woods Law, PLLC |
| | | 5055 North 12th Street, # 101 |
| | | Phoenix, AZ 85014 |
| | | (480) 999-4556 |
| Mesa Police Department | Defendant | Unknown |
| Alan and Jane Doe Grantham | Defendant | Unknown |
| Courtney and John Doe Dillavou | Defendant | Unknown |
| Kyle and Jane Doe Enders | Defendant | Unknown |
| Jason and Jane Doe Fajardo | Defendant | Unknown |
| James and Jane Doe Gowdy | Defendant | Unknown |
| Lindsay and John Doe Guthrie | Defendant | Unknown |
| Jeremy and Jane Doe Jones | Defendant | Unknown |
| Ross and Jane Doe Pagel | Defendant | Unknown |
| Jared and Jane Doe Ryan | Defendant | Unknown |
| Andrea and John Doe Shook | Defendant | Unknown |
| Lisa and John Doe Shupe | Defendant | Unknown |
| Gerald and Jane Doe Slemmer | Defendant | Unknown |
| Dalia and John Doe Ellington Garcia Starks | Defendant | Unknown |
| Stephen and Jane Doe Walker | Defendant | Unknown |
| David and Jane Doe Marks | Defendant | Unknown |
| Janeal and John Doe Hale | Defendant | Unknown |
| Karrie and John Doe Flanigan | Defendant | Unknown |
| John Does 1-10 | Defendant | Unknown |
| Jane Does 1-10 | Defendant | Unknown |
| Black Corporations 1-10 | Defendant | Unknown |
| White Partnerships 1-10 | Defendant | Unknown |

SUPPLEMENTAL CIVIL COVER SHEET ATTACHMENT – PAGE 4

5.  Unserved Parties:

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| Mesa Police Department | Unknown |
| Alan and Jane Doe Grantham | Unknown |
| Courtney and John Doe Dillavou | Unknown |
| Kyle and Jane Doe Enders | Unknown |
| Jason and Jane Doe Fajardo | Unknown |
| James and Jane Doe Gowdy | Unknown |
| Lindsay and John Doe Guthrie | Unknown |
| Jeremy and Jane Doe Jones | Unknown |
| Ross and Jane Doe Pagel | Unknown |
| Jared and Jane Doe Ryan | Unknown |
| Andrea and John Doe Shook | Unknown |
| Lisa and John Doe Shupe | Unknown |
| Gerald and Jane Doe Slemmer | Unknown |
| Dalia and John Doe Ellington Garcia Starks | Unknown |
| Stephen and Jane Doe Walker | Unknown |
| David and Jane Doe Marks | Unknown |
| Janeal and John Doe Hale | Unknown |
| Karrie and John Doe Flanigan | Unknown |
| John Does 1-10 | Unknown |
| Jane Does 1-10 | Unknown |
| Black Corporations 1-10 | Unknown |
| White Partnerships 1-10 | Unknown |

7.  Claims of the Parties:

| Party | Claim(s) |
|---|---|
| Plaintiff | Violation of Plaintiff's Civil Rights Under the Fourteenth Amendment and 42 U.S.C. § 1983 (Against Mesa Unified School District) |

**SUPPLEMENTAL CIVIL COVER SHEET ATTACHMENT – PAGE 5**

**7.     Claims of the Parties (continued):**

| | |
|---|---|
| Plaintiff | Violation of Plaintiff's Civil Rights Under the Fourteenth Amendment and 42 U.S.C. § 1983 (Against Defendants Grantham, Dillavou, Enders, Fajardo, Gowdy, Funthre, Jones, Pagel, Ryan, Shook, Shupe, Slemmer, Ellington, Walker, Marks, Hale and Flanigan) |
| Plaintiff | Violation of Title IX; 20 U.S.C. § 1681, *et seq.* |
| Plaintiff | Negligent Failure to Protect |
| Plaintiff | Negligence / Gross Negligence |
| Plaintiff | Negligence Per Se |
| Plaintiff | Negligent Hiring; Supervision, Training, and Retention |
| Plaintiff | Civil Conspiracy |
| Plaintiff | Violation of 42 U.S.C. § 1985, *et seq.* |
| Plaintiff | Violation of 42 U.S.C. § 1983 (Supervisory Defendants – Monell Claim) |