# Exhibit 1

## DECLARATION OF DEEANN MICKELSEN

STATE OF ARIZONA    )
                        )    ss.
County of Maricopa    )

I, DEEANN MICKELSEN, am over 21 years of age and sound mind, and do state the following:

1.     I am the City Clerk for the City of Mesa, Maricopa County, Arizona.

2.     The Office of the City Clerk is located at 20 E. Main Street, Suite 150, MS-1003.

3.     It is my understanding that any person who has a claim under state law for monetary damages against the City of Mesa shall file the claim with the Mesa City Clerk within 180 days after the cause of action accrues, under A.R.S. § 12-821.01; and that a notice of claim against the City of Mesa must be filed with or delivered to the City of Mesa's Office of the City Clerk, 20 E. Main Street, Suite 150, MS-1003, Mesa, AZ 85201.

4.     As part of its regularly conducted business practice, the City Clerk's Office regularly receives A.R.S. § 12-821.01 notices of claim filed as to the City of Mesa.

5.     The notices of claim are kept in the course of the City Clerk's Office's regularly conducted business activity.

6.     The City Clerk's Office also maintains both an electronic log and a paper log of all claims from January 1, 2017, through the present that are filed with or delivered to the Mesa City Clerk as part of its regularly conducted business activity.

7.     I am a custodian of the records kept in the City Clerk's Office, and I have personal knowledge relating to the business activities and practices of the maintenance of records in the City Clerk's Office.

8.      Both the electronic log and the paper log were searched to determine if any notices of claim were filed with or otherwise received by the City Clerk's Office by or on behalf of Tiffany Franco from January 1, 2017 through the present.

9.      As a result of the above-referenced search, a notice of claim was received by the City Clerk's Office by mail, by or on behalf of Tiffany Franco, only on November 12, 2019 (notice of claim dated by drafter as November 7, 2019), and on March 5, 2020 (notice of claim dated by drafter as February 27, 2020).

10.     I certify under penalty of perjury that the foregoing is true and correct. Executed on this __17th__ day of __June__, 2020.

Further affiant sayeth not.

_____
DEEANN MICKELSEN

SUBSCRIBED AND SWORN TO before me, a Notary Public, this _17th_ day of _June_,

2020, by DEEANN MICKELSEN, in the capacity and for the purposes herein stated.

_____
Notary Public



LISA RIVERA
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 577936
Expires January 14, 2024