Duncan J. Stoutner (#020699)
Alexander J. Lindvall (#034745)
CITY OF MESA ATTORNEY'S OFFICE
MS-1077
P.O. Box 1466
Mesa, Arizona  85211-1466
Telephone: (480) 644-2343
mesacityattorney@mesaaz.gov

Attorneys for Defendant Mesa Police Department

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZON

| | |
|---|---|
| Tiffany Franco,<br><br>    Plaintiff,<br><br>v.<br><br>Mesa Public Schools, et al.,<br><br>    Defendants. | No. CV-20-01129-PHX-DJH<br><br>**NOTICE OF CERTIFICATION OF CONFERRAL**<br><br>(Honorable Diane J. Humetewa) |

    Pursuant to the Court's Order (Doc. 3) and LRCiv 12.1(c), undersigned counsel conferred by voicemail and email with Plaintiff's counsel to determine whether an amendment could cure the issues asserted in the City's motion to dismiss and to determine whether the parties were unable to agree that the Complaint was curable in any part by a permissible amendment.

    DATED this 18th day of June, 2020.

                                             /s/ Duncan J. Stoutner
                                            Duncan J. Stoutner
                                            Alexander J. Lindvall
                                            City of Mesa Attorney's Office