AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Arizona

| | |
|---|---|
| Tiffany Franco | ) |
| *Plaintiff* | ) |
| v. | ) |
| MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10 | ) ) ) ) ) ) ) ) ) Civil Action No. 2:20-cv-01129-DJH ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Alan Grantham
8704 E. Portobello Ave
Mesa, Arizona 85212

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Mills + Woods Law, PLLC
5055 N. 12th St. Suite 101
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____



_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 9:11 am, Jun 29, 2020**
**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

<div style="border:1px solid black">District of Arizona</div>

| | |
|---|---|
| Tiffany Franco | ) |
| *Plaintiff(s)* | ) |
| | ) |
| v. | ) |
| | ) |
| MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   2:20-cv-01129-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Jane Doe Grantham
8704 E. Portobello Ave
Mesa, Arizona 85212

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*



**ISSUED ON  9:11 am, Jun 29, 2020**
**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

<table>
<tr><td>District of Arizona</td></tr>
</table>

|   |   |
|---|---|
| Tiffany Franco | ) |
|  | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
|  | ) |
| MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10 | ) ) ) ) ) ) ) ) ) Civil Action No.  2:20-cv-01129-DJH ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Kyle Enders
7636 East Boise Street
Mesa, Arizona 85207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*



**ISSUED ON  9:11 am, Jun 29, 2020**

**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

<div style="text-align:center;border:1px solid black;">District of Arizona</div>

| | |
|---|---|
| Tiffany Franco | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10 | ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  2:20-cv-01129-DJH |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Jane Doe Enders
7636 East Boise Street
Mesa, Arizona 85207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: _____                                    _____
                                                     *Signature of Clerk or Deputy Clerk*

**ISSUED ON  9:12 am, Jun 29, 2020**

s/ Debra D. Lucas, Acting Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | |
|---|---|
| Tiffany Franco | ) |
| *Plaintiff(s)* | ) |
| | ) |
| v. | ) |
| | ) |
| MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM AND JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU AND JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  2:20-cv-01129-DJH |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jason Fajardo
1304 West Shawnee Drive
Chandler, Arizona 85284

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON  9:12 am, Jun 29, 2020**
**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Tiffany Franco | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10 | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:20-cv-01129-DJH |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jane Doe Fajardo
1304 West Shawnee Drive
Chandler, Arizona 85284

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 9:12 am, Jun 29, 2020**

**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Tiffany Franco | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  2:20-cv-01129-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jane Doe Walker
2736 East Megan Street
Gilbert, Arizona 85295

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date: _____                    _____
                                              *Signature of Clerk or Deputy Clerk*

**ISSUED ON  9:12 am, Jun 29, 2020**
**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

Tiffany Franco )
)
*Plaintiff(s)* )
)
v. )
)
MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN )
GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, )
a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE )
FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE )
and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS )
PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; )
ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married )
couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS )
and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, )
a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE )
HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; )
JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10 )
)
)
*Defendant(s)* )

Civil Action No.  2:20-cv-01129-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Stephen Walker
2736 East Megan Street
Gilbert, Arizona 85295

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*



Date: _____

_____
*Signature of Clerk or Deputy Clerk*

ISSUED ON  9:12 am, Jun 29, 2020

s/ Debra D. Lucas, Acting Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

District of Arizona

| | |
|---|---|
| Tiffany Franco | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10 | ) ) ) ) ) ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  2:20-cv-01129-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Lindsay Guthrie
8764 East Nora Street
Mesa, Arizona 85207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date: _____

_____
*Signature of Clerk or Deputy Clerk*

ISSUED ON  9:13 am, Jun 29, 2020

s/ Debra D. Lucas, Acting Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Tiffany Franco<br><br>*Plaintiff(s)*<br>v.<br><br>MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM AND JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU AND JOHN DOE DILLAVOU, a married couple; KYLE ENDERS AND JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY AND JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES AND JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN AND JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.  2:20-cv-01129-DJH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Courtney Dillavou
1370 East Joseph Way
Gilbert, Arizona 85295

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: _____                    _____
                                              *Signature of Clerk or Deputy Clerk*

**ISSUED ON  9:13 am, Jun 29, 2020**
**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Tiffany Franco | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10 | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:20-cv-01129-DJH ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   John Doe Dillavou
1370 East Joseph Way
Gilbert, Arizona 85295

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON  9:13 am, Jun 29, 2020**

**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Tiffany Franco | ) |
| *Plaintiff(s)* | ) |
| | ) |
| v. | ) |
| | ) |
| MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10 | ) ) ) ) ) ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 2:20-cv-01129-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John Doe Guthrie
8764 East Nora Street
Mesa, Arizona 85207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 9:13 am, Jun 29, 2020**

**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

Tiffany Franco

))))))

*Plaintiff(s)*

v.

MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10

Civil Action No.  2:20-cv-01129-DJH

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jeremy Jones
442 North 95th Place
Mesa, Arizona 85207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 9:13 am, Jun 29, 2020**

**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

Tiffany Franco

*Plaintiff(s)*

v.

MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10

*Defendant(s)*

Civil Action No.  2:20-cv-01129-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jane Doe Jones
442 North 95th Place
Mesa, Arizona 85207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____



_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON  9:14 am, Jun 29, 2020**

**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

|  |  |
|---|---|
| Tiffany Franco | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10 | ) ) ) ) ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   2:20-cv-01129-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Andrea Shook
18554 East Swan Drive
Queen Creek, Arizona 85142

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON  9:14 am, Jun 29, 2020**
**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

District of Arizona

| | |
|---|---|
| Tiffany Franco | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  2:20-cv-01129-DJH |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John Doe Shook
18554 East Swan Drive
Queen Creek, Arizona 85142

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON  9:14 am, Jun 29, 2020**

**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

District of Arizona

| | |
|---|---|
| Tiffany Franco | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10 | ) ) ) ) ) ) Civil Action No.  2:20-cv-01129-DJH ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lisa Shupe
5739 East Jaeger Street
Mesa, Arizona 85205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON  9:14 am, Jun 29, 2020**
**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

Tiffany Franco

*Plaintiff(s)*

v.

MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10

*Defendant(s)*

Civil Action No.  2:20-cv-01129-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   John Doe Ellington Garcia Starks
3539 East Bartlett Drive
Gilbert, Arizona 85210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____



_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON  9:15 am, Jun 29, 2020**

**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Tiffany Franco | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) |
| MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10 | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| _Defendant(s)_ | ) |

Civil Action No.   2:20-cv-01129-DJH

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   David Marks
1922 North 67th Street
Mesa, Arizona 85205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_



**ISSUED ON  9:15 am, Jun 29, 2020**

**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| District of Arizona |
| --- |

Tiffany Franco

*Plaintiff(s)*

v.

MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  2:20-cv-01129-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Jane Doe Marks
1922 North 67th Street
Mesa, Arizona 85205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: _____                    _____
                                           *Signature of Clerk or Deputy Clerk*

**ISSUED ON  9:15 am, Jun 29, 2020**
**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Tiffany Franco | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10 | ) Civil Action No.  2:20-cv-01129-DJH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JaNeal Hale
2165 South Valle Verde Circle
Mesa, Arizona 85209

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON  9:15 am, Jun 29, 2020**

**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

District of Arizona

|  |  |
|---|---|
| Tiffany Franco | )<br>) |
| *Plaintiff(s)* | )<br>) |
| v. | )<br>) |
| MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

Civil Action No. 2:20-cv-01129-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John Doe Shupe
5739 East Jaeger Street
Mesa, Arizona 85205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 9:15 am, Jun 29, 2020**
**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Tiffany Franco | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  2:20-cv-01129-DJH |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gerald Slemmer
10622 East Coopers Hawk Drive
Sun Lakes, Arizona 85248

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON  9:16 am, Jun 29, 2020**
**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Tiffany Franco | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JANE DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10 | ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  2:20-cv-01129-DJH ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John Doe Hale
2165 South Valle Verde Circle
Mesa, Arizona 85209

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON  9:16 am, Jun 29, 2020**

**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| District of Arizona |

Tiffany Franco )
)
*Plaintiff(s)* )
)
v. )
)
MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ) Civil Action No.  2:20-cv-01129-DJH
ALAN GRANTHAM AND JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU AND JOHN DOE )
DILLAVOU, a married couple; KYLE ENDERS AND JANE DOE ENDERS, a married couple; JASON )
FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY AND JANE DOE GOWDY, a )
married couple; LINDSAY GUTHRIE AND JOHN DOE GUTHRIE, a married couple; JEREMY JONES and )
JANE DOE JONES, a married couple; ROSS PAGEL AND JANE DOE PAGEL, a married couple; JARED )
RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK AND JOHN DOE SHOOK, a married )
couple; LISA SHUPE AND JOHN DOE SHUPE, a married couple; GERALD SLEMMER AND JANE DOE )
SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS AND JOHN DOE ELLINGTON GARCIA )
STARKS, a married couple; STEPHEN WALKER AND JANE DOE WALKER, a married couple; DAVID )
MARKS AND JANE DOE MARKS, a married couple; JANEAL HALE AND JOHN DOE HALE, a married couple; )
KARRIE FLANIGAN AND JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; )
BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10 )

*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jane Doe Slemmer
10622 East Coopers Hawk Drive
Sun Lakes, Arizona 85248

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                         _____
*Signature of Clerk or Deputy Clerk*



**ISSUED ON  9:16 am, Jun 29, 2020**

**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

District of Arizona

| | |
|---|---|
| Tiffany Franco | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  2:20-cv-01129-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Karrie Flanigan
2518 West Pershing Avenue
Phoenix, Arizona 85029

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON  9:16 am, Jun 29, 2020**

**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

<table>
<tr><td>Tiffany Franco</td><td>)</td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td>v.</td><td>)</td></tr>
<tr><td style="font-size:xx-small">MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td></tr>
</table>

Civil Action No.  2:20-cv-01129-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Dalia Ellington Garcia Starks
3539 East Bartlett Drive
Gilbert, Arizona 85210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____



_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON  9:17 am, Jun 29, 2020**
**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

Tiffany Franco

*Plaintiff(s)*

v.

MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity;
ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE
DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO
and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple;
LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a
married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE
RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and
JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple;
DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple;
STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a
married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE
FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE
PARTNERSHIPS 1-10

*Defendant(s)*

Civil Action No.  2:20-cv-01129-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John Doe Flanigan
2518 West Pershing Avenue
Phoenix, Arizona 85029

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

ISSUED ON  9:17 am, Jun 29, 2020

s/ Debra D. Lucas, Acting Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

Tiffany Franco

*Plaintiff(s)*

v.

MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity;
ALAN GRANTHAM AND JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN
DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON
FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a
married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and
JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED
RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married
couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE
SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON
GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple;
DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a
married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10;
JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10

*Defendant(s)*

Civil Action No.  2:20-cv-01129-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jane Doe Ryan
4482 East Sycamore
Gilbert, Arizona 85298

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____



_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON  9:17 am, Jun 29, 2020**

**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Tiffany Franco <br><br> *Plaintiff(s)* <br><br> v. <br><br> MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10 <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) <br><br> Civil Action No.  2:20-cv-01129-DJH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jared Ryan
4482 East Sycamore
Gilbert, Arizona 85298

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: _____                    _____
                                              *Signature of Clerk or Deputy Clerk*

**ISSUED ON  9:17 am, Jun 29, 2020**
**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | | |
|---|---|---|
| Tiffany Franco | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | |
| | ) | Civil Action No.  2:20-cv-01129-DJH |
| MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10 | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Jane Doe Pagel
250 North 102nd Place
Mesa, Arizona 85207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON  9:17 am, Jun 29, 2020**

**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Tiffany Franco | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM AND JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU AND JOHN DOE DILLAVOU, a married couple; KYLE ENDERS AND JANE DOE ENDERS, a married couple; JASON FAJARDO AND JANE DOE FAJARDO, a married couple; JAMES GOWDY AND JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE AND JOHN DOE GUTHRIE, a married couple; JEREMY JONES AND JANE DOE JONES, a married couple; ROSS PAGEL AND JANE DOE PAGEL, a married couple; JARED RYAN AND JANE DOE RYAN, a married couple; ANDREA SHOOK AND JOHN DOE SHOOK, a married couple; LISA SHUPE AND JOHN DOE SHUPE, a married couple; GERALD SLEMMER AND JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS AND JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER AND JANE DOE WALKER, a married couple; DAVID MARKS AND JANE DOE MARKS, a married couple; JANEAL HALE AND JOHN DOE HALE, a married couple; KARRIE FLANIGAN AND JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10 | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  2:20-cv-01129-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Ross Pagel
250 North 102nd Place
Mesa, Arizona 85207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                          *Signature of Clerk or Deputy Clerk*



**ISSUED ON  9:18 am, Jun 29, 2020**

**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| Tiffany Franco | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE PARTNERSHIPS 1-10 | )  )  )  )  )  )  )  )  )  )  )  )  )  Civil Action No.  2:20-cv-01129-DJH |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Jane Doe Gowdy
3949 East Perkinsville Street
Gilbert, Arizona 85295

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON  9:18 am, Jun 29, 2020**

**s/ Debra D. Lucas, Acting Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

Tiffany Franco )
)
*Plaintiff(s)* )
)
v. )
)
MESA PUBLIC SCHOOLS, a governmental entity; MESA POLICE DEPARTMENT, a governmental entity; )
ALAN GRANTHAM and JANE DOE GRANTHAM, a married couple; COURTNEY DILLAVOU and JOHN DOE )
DILLAVOU, a married couple; KYLE ENDERS and JANE DOE ENDERS, a married couple; JASON FAJARDO )
and JANE DOE FAJARDO, a married couple; JAMES GOWDY and JANE DOE GOWDY, a married couple; )
LINDSAY GUTHRIE and JOHN DOE GUTHRIE, a married couple; JEREMY JONES and JANE DOE JONES, )
a married couple; ROSS PAGEL and JANE DOE PAGEL, a married couple; JARED RYAN and JANE DOE )
RYAN, a married couple; ANDREA SHOOK and JOHN DOE SHOOK, a married couple; LISA SHUPE and )
JOHN DOE SHUPE, a married couple; GERALD SLEMMER and JANE DOE SLEMMER, a married couple; )
DALIA ELLINGTON GARCIA STARKS and JOHN DOE ELLINGTON GARCIA STARKS, a married couple; )
STEPHEN WALKER and JANE DOE WALKER, a married couple; DAVID MARKS and JANE DOE MARKS, a )
married couple; JANEAL HALE and JOHN DOE HALE, a married couple; KARRIE FLANIGAN and JOHN DOE )
FLANIGAN, a married couple; JOHN DOES 1-10; JANE DOES 1-10; BLACK CORPORATIONS 1-10; WHITE )
PARTNERSHIPS 1-10 )
)
*Defendant(s)* )

Civil Action No.  2:20-cv-01129-DJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  James Gowdy
3949 East Perkinsville Street
Gilbert, Arizona 85295

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Mills + Woods Law, PLLC
5055 North 12th Street, Suite 1010
Phoenix, Arizona 85014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____



_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 9:18 am, Jun 29, 2020**

**s/ Debra D. Lucas, Acting Clerk**