# Exhibit 1

# DECLARATION OF KARRIE FLANIGAN

STATE OF ARIZONA    )
                    ) ss.
County of Maricopa  )

KARRIE FLANIGAN, being first duly sworn upon his oath, deposes and says:

1. I make this Declaration in connection with *Franco v. Mesa Public Schools, et al.,* CV-20-01129-PHX-DJH.

2. I am over the age of 21 years, of sound mind, am capable of making this declaration, and I have personal knowledge of all the facts set forth herein, which I believe to be true and accurate to the best of my knowledge, information and belief.

3. During the time periods I believe to be alleged in Plaintiff's Complaint, ranging from approximately the Fall of 2012 through mid-2016, I was employed as a Police Officer with the City of Mesa Police Department, and in that capacity as a City of Mesa employee, I was assigned as a school resource officer at the Red Mountain High School in Mesa, Arizona.

4. I understand that on approximately May 19, 2020, Plaintiff filed her lawsuit.

5. Prior to Plaintiff's lawsuit being filed, I was never personally served with an A.R.S. § 12-821.01 Notice of Claim regarding either Plaintiff or the above-named lawsuit.

6. Prior to Plaintiff's lawsuit being filed, I also never received an A.R.S. § 12-821.01 Notice of Claim regarding either Plaintiff or the above-named lawsuit via U.S. mail.

7. I also do not recall providing the City of Mesa Clerk's Office or any other employee of the City of Mesa with authority to accept a notice of claim on my behalf regarding either Plaintiff or the above-named lawsuit.

I declare under penalty of perjury that the foregoing declaration is true to the best of my knowledge, information and belief.

_____
KARRIE FLANIGAN

SUBSCRIBED AND SWORN TO before me, a Notary Public, this 11 day of Aug, 2020, by KARRIE FLANIGAN, in the capacity and for the purposes herein stated.



_____
Notary Public