Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
Scott Griffiths (Arizona Bar #028906)
Elisabeth Small (Arizona Bar #035830)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Tiffany Franco, an individual, | Case No.: 2:20-cv-01129-DJH |
| Plaintiff, | **NOTICE OF LODGING** |
| vs. | |
| Mesa Public Schools, a governmental entity; Mesa Police Department, a governmental entity; Alan Grantham and Jane Doe Grantham, a married couple; Courtney Dillavou and John Doe Dillavou, a married couple; Kyle Enders and Jane Doe Enders, a married couple; Jason Fajardo and Jane Doe Fajardo, a married couple; James Gowdy and Jane Doe Gowdy, a married couple; Lindsay Guthrie and John Doe Guthrie, a married couple; Jeremy Jones and Jane Doe Jones, a married couple; Ross Pagel and Jane Doe Pagel, a married couple; Jared Ryan and Jane Doe Ryan, a married couple; Andrea Shook and John Doe Shook, a married couple; Lisa Shupe and John Doe Shupe, a married couple; Gerald Slemmer and Jane Doe Slemmer, a married couple; Dalia Ellington Garcia Starks and John Doe Ellington Garcia Starks, a married couple; Stephen Walker and Jane Doe Walker, a married couple; David Marks and Jane Doe Marks, a married couple; JaNeal Hale and John Doe Hale, a married couple; Karrie | (Assigned to the Hon. Diane J. Humetewa) |

Flanigan and John Doe Flanigan, a married couple; John Does 1-10; Jane Does 1-10; Black Corporations 1-10; White Partnerships 1-10

Defendants.

Plaintiff, by and through undersigned counsel, hereby submits this Waiver of Service of Summons, signed by Defendant Lindsay Guthrie.

**RESPECTFULLY SUBMITTED** this 16th day of October 2020.

**MILLS + WOODS LAW, PLLC**

By /s/Sean A. Woods
Robert T. Mills
Sean A. Wood
Scott A. Griffiths
Elisabeth A. Small
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

2

I hereby certify that on October 16, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Duncan J. Stoutner
**CITY OF MESA ATTORNEY'S OFFICE**
P.O. Box 1466
Mesa, Arizona 85211
*Attorneys for Defendants City of Mesa and Karrie Flanigan*

David K. Pauole
**WRIGHT WELKER & PAUOLE PLC**
10429 South 51st Street, Suite 285
Phoenix, Arizona 85044
*Attorneys for Defendants Mesa School District; James Gowdy; Andrea Shook; Lisa Shupe; Gerald Slemmer; JaNeal Hale; David Marks; Jared Ryan; and Dalia Ellington Garcia Starks*

Ed Hendricks
**HENDRICKS MURPHY PLLC**
1440 East Missouri Avenue, Suite C-225
Phoenix, Arizona 85014
*Attorneys for Jeremy Jones, Ross Pagel, and Jane Doe Pagel*

Ian Quinn
**QUINN LAW LLC**
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
*Attorney for Defendants Alan Grantham and Jane Doe Grantham*

Thomas A. Langan
**UDALL LAW FIRM, LLP**
4801 East Broadway Boulevard, Suite 400
Tucson, Arizona 85711
*Attorney for Defendant Jason Farjardo*

　　　　　　　　　　　　　　　　　　　　/s/ Elisabeth A. Small