Ed Hendricks (016539)
Brendan Murphy (021947)
**HENDRICKS MURPHY PLLC**
1440 E. Missouri Avenue
Suite C-225
Phoenix, Arizona 85014
(602) 604-2132
(602) 604-2104
Ed@hendricksmurphy.com
brendan@hendricksmurphy.com
*Attorneys for Defendants Jeremy*
*Jones, Ross and Jane Pagel and*
*Courtney and Jeremy Welch*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tiffany Franco, an individual | NO. CV-20-01129-PHX-DJH |
| Plaintiff, | |
| vs. | **DEFENDANTS COURTNEY AND JEREMY WELCH, JEREMY JONES AND ROSS AND JANE PAGEL'S JOINDER IN** |
| Mesa Public Schools, a governmental entity; Mesa Police Department, a governmental entity; Alan Grantham and Jane Doe Grantham, a married couple; Courtney Dillavou and John Doe Dillavou, a married couple; Kyle Enders and Jane Doe Enders, a married couple; Jason Fajardo and Jane Doe Fajardo, a married couple; James Gowdy and Jane Doe Gowdy, a married couple; Lindsay Guthrie and John Doe Guthrie, a married couple; Jeremy Jones and Jane Doe Jones, a married couple; Ross Pagel and Jane Doe Pagel, a married couple; Jared Ryan and Jane Doe Ryan, a married couple; Andrea Shook and Jane Doe Shook, a married couple; Lisa Shupe and John Doe Shupe, a married couple; Gerald Slemmer and Jane Doe Slemmer, a married couple; Dalia Ellington Garcia Starks and John Doe Ellington Garcia Starks, a married couple; Stephen Walker and Jane Doe Walker, a married couple; David Marks and Jane Doe Marks, a married couple; Janeal Hale and John Doe Hale, a married couple; Karrie | **MESA POLICE DEPARTMENT AND KARRIE FLANIGAN' RESPONSE [DOC 60] AND DEFENDANTS MESA UNIFIED SCHOOL DISTRICT'S RESPONSE [DOC 61]** <br><br> **TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST-AMENDED COMPLAINT [DOC 58]** |

- 1 -

Flanigan and John Doe Flanigan, a married couple; John Does 1-10; Jane Does 1-10; Black Corporations 1-10; White Partnerships 1-10,

Defendants.

Defendants Courtney and Jeremy Welch, Jeremy Jones and Ross and Jane Pagel join in Defendants Mesa Police Department and Karrie Flanigan's Response [Doc 60] and Defendants Mesa Unified School District's Response [Doc 61] to Plaintiff's Motion for Leave to File First Amended Complaint [Doc 58], pursuant to this Court's Order dated January 19, 2021, [Doc 59].

RESPECTFULLY SUBMITTED this 29th day of January 2021.

HENDRICKS MURPHY, PLLC

By:     /s/ Ed Hendricks
        Ed Hendricks
        Brendan Murphy
        1440 E. Missouri Avenue, Suite C-225
        Phoenix, AZ 85014
        *Attorneys for Attorneys for Defendants Jeremy Jones, Ross and Jane Pagel and Courtney and Jeremy Welch*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

By:/s/ Donna Ross