# United States District Court
### District of Arizona
### Office of the Clerk

**Debra D. Lucas**
District Court Executive / Clerk of Court
Sandra Day O'Connor U. S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

**Michael S. O'Brien**
Chief Deputy Clerk
Evo A. DeConcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010



March 15, 2021

Clerk's Office
Maricopa County Superior Court
201 W Jefferson St
Phoenix, AZ 85003

**ATTN:** Civil File Counter

**RE:** **REMAND TO MARICOPA COUNTY SUPERIOR COURT**

District Court Case Number: CV-20-01129-PHX-DJH

Superior Court Case Number: CV2020-005955

Dear Clerk of Court:

Enclosed is a certified copy of the Order entered in this Court on March 15, 2021, remanding the above case to Maricopa County Superior Court for the State of Arizona.

Sincerely,

Debra D. Lucas, DCE/Clerk of Court

s/ D. Draper
Deputy Clerk



cc: All Counsel of Record

ISSUED ON 4:14 pm, Mar 15, 2021
s/ Debra D. Lucas, Clerk

**PLEASE ACKNOWLEDGE RECEIPT OF THIS DOCUMENT AND RETURN IN THE ENVELOPE PROVIDED**

Received By: _____ Dated: _____